# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLL BROWN,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOAN KRANE, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00016-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's notice of removal of this action from the Las Vegas Justice Court. Docket No. 1-1 at 1.[1] Cases from state court may be removed by a defendant. 28 U.S.C. § 1441(a). A plaintiff who initiates a case in state court is not permitted to remove her action to federal court. *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108 (1941); *see also Belssner v. Zhou*, 2017 U.S. Dist. Lexis 179898, at *1 (D. Nev. Oct. 31, 2017), *adopted*, 2018 U.S. Dist. Lexis 201052 (D. Nov. Nov. 28, 2018). Accordingly, the undersigned **RECOMMENDS** that this case be **REMANDED** back to the Las Vegas Justice Court.[2]

Dated: August 18, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff's filing at times refers to itself as a "complaint." Nonetheless, the filing expressly identifies itself as a notice of removal and lists the Las Vegas Justice Court case that is being removed. *See* Docket No. 1-1 at 1 (identifying Justice Court case number 20E010963); *see also* Docket No. 1-2 (civil cover sheet identifying case origin as a removal from state court).

[2] Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*. 28 U.S.C. § 1914(a) (requiring payment of filing fee for removed cases); 28 U.S.C. § 1915 (providing mechanism to seek *in forma pauperis* status). Given that removal was improper, the Court need not resolve this other issue.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).